**Anthony SAHADEO, Plaintiff–Appellant,**

v.

**DEPARTMENT OF the NAVY, Naval Acquisition Career Center, Defendant–Appellee.**

No. 15–2279

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2016

Decided: June 29, 2016

Anthony Sahadeo, Appellant Pro Se. George Maralan Kelley, III, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before SHEDD and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Sahadeo appeals the district court's order granting the Navy's motion for summary judgment. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Sahadeo's informal brief does not challenge the basis for the district court's disposition, Sahadeo has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED